3933 Bar, Incorporated Liquor License Case.

Argued December 16, 1966. *James Iannucci,* Special Assistant Attorney General, with him *I. Harry Checchio,* Special Assistant Attorney General, *Thomas J. Shannon,* Assistant Attorney General, and *Edward Friedman,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *William L. Zeitz,* for appellee.

Order affirmed.

Wiest, Appellant, *v.* First Citizens National Bank.

Argued December 16, 1966. *Clyde E. Williamson,* with him *Williamson and Cupp,* for appellant; *John C. Youngman, Sr.,* with him *Candor, Youngman, Gibson and Gault,* for appellee.

Order and judgment affirmed.